# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Julian Weaver; and Noah Javaris ) | |
| Abraham, ) | Case No. 1:16-mj-343 |
| ) | |
| Defendants. ) | |

The Clerk's office shall seal the Complaint and Affidavit. The Government shall file redacted copies of the Complaint and Affidavit.

**IT IS SO ORDERED.**

Dated this 28th of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court